# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 08-10207-WGY

AMERIFIRST BANK, ET AL
Plaintiff

v.

TJX COMPANIES, ET AL
Defendant

## ORDER OF REMAND

YOUNG, D.J.

In accordance with the Court's Order dated 2/27/08, the above-entitled action is hereby remanded to the Superior Court sitting in and for the County of Middlesex.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

February 27, 2008

To: All Counsel